DANIEL J. BRODERICK, #89424
Federal Defender
PEGGY SASSO, Bar #228906
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
Eudaldo Garcia-Salas

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 1:11-cr-0339 AWI |
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE HEARING; |
| v. | ORDER |
| EUDALDO GARCIA-SALAS, | Date: December 12, 2011 |
| Defendant. | Time: 9:00 a.m. |
| | Judge: Honorable Anthony W. Ishii |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, Assistant United States Attorney Karen A. Escobar, Counsel for Plaintiff, and Assistant Federal Defender Peggy Sasso, Counsel for Defendant Eudaldo Garcia-Salas and Mark W. Coleman, Counsel for Defendant Jose Cisneros-Garcia, that the hearing currently set for October 24, 2011 at 9:00 a.m., **may be rescheduled to December 12, 2011 at 9:00 a.m.**

Defense received initial discovery on October 14, 2011. The bulk of the initial discovery consists of 26 CD's and 3 DVD's that must be ordered by defense from Maximus. This continuance is at the request of defense counsel to allow counsel time to obtain and review the aforementioned initial discovery. The requested continuance will conserve time and resources for both counsel and the court.

///

///

///

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice herein and for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

        BENJAMIN B. WAGNER
        United States Attorney

Dated: October 19, 2011        /s/ Karen A. Escobar
        KAREN A. ESCOBAR
        Assistant United States Attorney
        Attorney for Plaintiff

        DANIEL J. BRODERICK
        Federal Defender

Dated: October 19, 2011        /s/ Peggy Sasso
        PEGGY SASSO
        Assistant Federal Defender
        Attorney for Defendant
        Eudaldo Garcia-Salas

Dated: October 19, 2011        /s/ Mark W. Coleman
        MARK W. COLEMAN
        Attorney for Defendant
        Jose Cisneros-Garcia

**ORDER**

IT IS SO ORDERED.

Dated:   October 19, 2011

        CHIEF UNITED STATES DISTRICT JUDGE