DANIEL J. BRODERICK, #89424
Federal Defender
PEGGY SASSO, Bar #228906
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
EUDALDO GARCIA-SALAS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. 1:11-CR-00339 AWI-DLB |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | WAIVER OF DEFENDANT'S PERSONAL PRESENCE; ORDER THEREON |
| EUDALDO GARCIA-SALAS, | ) | |
| Defendant. | ) | |

Pursuant to Fed. R. Crim. P. 43(b)(3), Defendant, Eudaldo Garcia-Salas, having been advised of his right to be present at all stages of the proceedings, hereby requests that this Court proceed in his absence on every occasion that the Court may permit, pursuant to this waiver.  Defendant agrees that his interests shall be represented at all times by the presence of his attorney, the Office of the Federal Defender for the Eastern District of California, the same as if Defendant were personally present, and requests that this court allow his attorney-in-fact to represent his interests at all times.  Defendant further agrees that notice to Defendant's attorney that Defendant's presence is required will be deemed notice to the Defendant of the requirement of his appearance at said time and place.

DATED: June 22, 2012        */s/ Eudaldo Garcia-Salas*
                            EUDALDO GARCIA-SALAS


DATED: June 22, 2012        */s/ Peggy Sasso*
                            PEGGY SASSO
                            Assistant Federal Defender
                            Attorney for Eudaldo Garcia-Salas

# O R D E R

GOOD CAUSE APPEARING, **IT IS HEREBY ORDERED** that Defendant's appearance may be waived at any and all non-substantive pretrial proceedings until further order.

IT IS SO ORDERED.

Dated: **June 22, 2012**                    /s/ **Dennis L. Beck**
                                     UNITED STATES MAGISTRATE JUDGE