John R. McCardle   SBN 45552
1728 "B" Street
Hayward, CA 94541

Telephone: (510) 537-6216
Facsimile: (510) 538-8089

Attorney for Defendant
JOSE CISNEROS GARCIA

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

    Plaintiff,

vs.,

JOSE CISNEROS GARCIA

    Defendant.

Case No. 1:11-CR00339- AW1

APPLICATION FOR ORDER EXONERATING CASH BOND AND ORDER THEREON

    Defendant, JOSE CISNEROS GARCIA, by and through his counsel, John R. McCardle, hereby moves the Court for an Order exonerating the cash bond deposited with the Clerk of the Court in the above captioned case.

    On January 23, 2012, United States Judge Anthony W. Ishii ordered the release of Jose Cisneros Garcia, setting conditions of pretrial supervision and a $5,000 cash bond, among other things. JOSE CISNEROS GARCIA was released from custody on January 23, 2012, following the deposit of $5,000 cash with the Clerk of the Court by JESUS CISNEROS GARCIA on that date (Receipt # CAE10017618).

    On August 4, 2014, JOSE CISNEROS GARCIA appeared before this Court and entered a plea of guilty to Count 1s of the Superseding Indictment. On December 15, 2014, this Court sentenced JOSE CISNEROS GARCIA to a term of 8 months imprisonment and ordered him to

1  surrender to the federal institution designated by the United States Bureau of Prisons on or before
2  2:00 P.M. on January 26, 2015.
3        On January 26, 2015, JOSE CISNEROS GARCIA surrendered to the Federal Correctional
4  Institution at Taft, California, to begin service of the 8 month sentence imposed by this Court.
5  JOSE CISNEROS GARCIA, having surrendered to the designated Federal Institution as ordered,
6  hereby requests the Court exonerate the cash bond set by the Judge and order the Clerk to return
7  the $5,000 cash (Receipt # CAE100017618) to Jesus Cisneros Garcia at 555 East St. James, San
8  Jose, CA 95112.
9        Assistant United States Attorney Karen Escobar does not oppose this application.

11  Dated: January 31, 2015                            Respectfully submitted,

                                                                         /s/ John R. McCardle

                                                                         John R. McCardle
                                                                         Attorney for defendant
                                                                         JOSE CISNEROS GARCIA

## ORDER

20        IT IS HEREBY ORDERED that the cash bond posted by JESUS CISNEROS GARCIA is
21  exonerated and the Clerk of the Court is directed to return the $5,000 cash (Receipt #CAE10017618)
22  JOSE CISNEROS GARCIA at 555 East St. James, San Jose, CA 95112.

IT IS SO ORDERED

Dated: 2-5-15                                                                                       ANTHONY W. ISHII
                                                                                       United States District Judge